# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 19, 2010

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 10-2237
>
> Caption:
> JERRY ADKINS, et al.,
> Plaintiffs - Appellants
>
> v.
>
> KENNETH R. WILL, et al.,
> Defendants - Appellees
>
> District Court No: 3:09-cv-00510-PPS-CAN
> Court Reporter Sharon Boleck-Mroz
> Clerk/Agency Rep Stephen Ludwig
> District Judge Philip Simon
>
> Date NOA filed in District Court: 05/18/2010

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)