**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| CARMINE GREENE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09CV510-PPS |
| | ) | |
| KENNETH R. WILL, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Adopting the recommendation of Magistrate Judge Gotsch [DE 253], the following briefing schedule, as stipulated by the parties, shall apply to the anticipated motion for summary judgment based on *res judicata* to be filed by garnishee-defendant Westfield Insurance Company:

The motion is to be filed no later than **October 15, 2016**.

All memoranda in opposition, and any cross-motion for summary judgment, are to be filed no later than **November 14, 2016**.

Westfield's opposition to any cross-motion and reply in support of its motion are to be filed no later than **December 14, 2016**.

Reply briefs in support of cross-motions are to be filed no later than **December 29, 2016**.

In the event that the rulings on motions for summary judgment are not dispositive of the proceedings supplemental, the parties shall meet and confer, and

submit an Amended Report of Parties' Planning Meeting in compliance with Fed.R.Civ.P. 26(f), as well as their proposed timeline for any summary judgment motions addressing Westfield's coverage defenses, **within 21 days** of the order ruling on the initial round of summary judgment motions.

**SO ORDERED**.

ENTERED: October 3, 2016

/s/ Philip P. Simon
**PHILIP P. SIMON, CHIEF JUDGE**